

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 9 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>       PLAINTIFF <br><br>       v. <br><br> JOHN VO <br><br><br>       DEFENDANT(S). | CASE NUMBER <br><br>     8:18-MJ-00050 <br><br> **ORDER OF TEMPORARY DETENTION** <br> **PENDING HEARING PURSUANT** <br> **TO BAIL REFORM ACT** |

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for _____Monday, February 12_____, __2018____, at __3:00____ ☐a.m. / ☒p.m. before the Honorable _____Jay C. Gandhi_____, in Courtroom ____6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ____February 9, 2018_____          _____
                                      Jay C. Gandhi, U.S. Magistrate Judge